USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH LAURA AND ANTHONY SICHENZIO, *derivatively on behalf of Pristec America, Inc. (NJ), Pristect America, Inc. (New) and Innovative Crude Technologies*,

     Petitioners,

v.

PRISTEC AG,

     Respondent.

No. 20-CV-1364 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  This case has been assigned to me for all purposes. On February 18, 2020, Petitioners filed a complaint seeking confirmation of an arbitration award. Petitioners have not yet docketed an affidavit of service.

  Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

  ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by March 6, 2020. Respondent's opposition, if any, is due on April 3, 2020. Petitioners' reply, if any, is due on April 17, 2020.

  IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated: February 21, 2020
    New York, New York

                Ronnie Abrams
                United States District Judge