UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH LAURA AND ANTHONY SICHENZIO, *derivatively on behalf of Pristec America, Inc. (NJ), Pristec America, Inc. (New) and Innovative Crude Technologies, Inc.*,

                  Petitioners,

v.

PRISTEC AG,

                  Respondent.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-26-20

20-CV-1364 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Petitioners filed a complaint seeking confirmation of an arbitration award (the "Petition") on February 18, 2020. On February 21, 2020, the Court issued an order setting forth deadlines by which Petitioners were to file and serve any additional materials in support of their Petition, and by which Respondent was to file an opposition, if any. *See* Dkt. 6. The Court also ordered Petitioners to serve a copy of the February 21st Order on Respondent. To date, however, no affidavit of service has been filed on the docket. No later than June 2, 2020, Petitioners shall file affidavits of service on the docket, indicating when the Petition and supporting papers, as well as the Court's February 21st Order, were served on Respondent. Petitioner shall also serve this Order on Respondent and file proof of service on the docket.

SO ORDERED.

Dated:    May 26, 2020
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge