**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSEPH LAURA AND ANTHONY SICHENZO,
individually and derivatively on behalf of Pristec
America, Inc. (NJ), Pristec America, Inc. (Nev.),
and Innovative Crude Technologies, Inc.,

                  Petitioners,

-against-

PRISTEC AG,

                  Respondent.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2020

20 **CIVIL** 1364 (RA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated July 27, 2020, the petition to confirm the arbitration award is granted; accordingly, the case is closed.

**Dated**: New York, New York
        July 27, 2020

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**
                       **BY:**
                                            **Deputy Clerk**